Donald Iwuchuku, Esq.   SBN 181726
**LAW OFFICES OF DONALD IWUCHUKU**
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
Tel. (213) 380-4144
Fax (213) 380-6061 / (888) 441-8493
Donaldiwuchuku@gmail.com

Attorney for Defendant/Appellant:
Wendy Tejeda

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>WENDY TEJEDA,<br><br>           Debtor.<br>_____<br>SORAYDA VELASQUEZ,<br><br>           Plaintiff,<br>Vs.<br><br>WENDY TEJEDA<br>           Defendant.<br>_____ | **Chapter 7**<br><br>**Case No.: 2:17-bk-10155-ER**<br><br>**Adv. Proc 2:17-ap-01308-ER**<br><br>**BAP No.:  CC-18-1227**<br><br>**APPELLANT WENDY TEJEDA'S STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL; and**<br><br>**APPELLANT WENDY TEJEDA'S DESIGNATION OF RECORD** |

      Wendy Tejeda ("Appellant"), pursuant to the Federal Rule of Bankruptcy Procedure 8006, hereby submits her statement of issues to be presented on appeal with respect to the Judgment in Favor of Plaintiff Sorayda Velasquez entered August 7, 2018, docket entry number 64 in the Adversary Proceeding entitled <u>*SORAYDA VELASQUEZ vs. WENDY TEJEDA*</u>, assigned adversary case number 2:17-ap-01308-ER ("Order").

1

Appellant also hereby submits her designation of items to be included in the record on appeal.

**1. STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

Appellant, Wendy Tejeda, present the following issues on appeal;

1. Whether the Bankruptcy Court committed an error of law or an abuse of discretion in granting the Application Pursuant to 11 U.S.C. § 523(a)(6) in declaring appellant's obligations to Sorayda Velasquez as non-dischargeable.

**2. DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD**

| Filing Date | # | Docket Text |
|---|---|---|
| 06/09/2017 | 1 (8 pgs) | Adversary case 2:17-ap-01308. Complaint by Sorayda Velasquez against Wendy Tejeda. Fee Amount $350 Nature of Suit: (41 (Objection / revocation of discharge - 727(c),(d),(e))),(68 (Dischargeability - 523(a)(6), willful and malicious injury)) (Estuar, Paul) (Entered: 06/09/2017) |
| 06/12/2017 | 2 (3 pgs) | Summons Issued on Wendy Tejeda Date Issued 6/12/2017, Answer Due 7/12/2017 (RE: related document(s)1 Complaint filed by Plaintiff Sorayda Velasquez) Status hearing to be held on 9/12/2017 at 10:00 AM at Crtrm 1568, 255 E Temple St., Los Angeles, CA 90012. The case judge is Ernest M. Robles (Lomeli, Lydia R.) (Entered: 06/12/2017) |
| 06/12/2017 | 3 (9 pgs) | Scheduling Order (BNC-PDF) Signed on 6/12/2017. Pre-Trial Conference set for 3/13/2018 at 11:00 AM at Crtrm 1568, 255 E Temple St., Los Angeles, CA 90012. The case judge is Ernest M. Robles Discovery due by 2/28/2018. Trial date set for 3/26/2018 at 09:00 AM at Crtrm 1568, 255 E Temple St., Los Angeles, CA 90012. (Lomeli, Lydia R.) (Entered: 06/12/2017) |
| 09/01/2017 | 9 (7 pgs) | Answer to Complaint *with proof of service* Filed by Wendy Tejeda. (Iwuchuku, Donald) (Entered: 07/25/2017) |
| 09/06/2017 | 11 (6 pgs) | Status report *UNILATERAL Status Report, with proof of service* Filed by Defendant Wendy Tejeda (RE: related document(s)1 Complaint, 4Order (Generic) (BNC- |

| | | |
|---|---|---|
| | | PDF), 10 Order (Generic) (BNC-PDF)). (Iwuchuku, Donald) (Entered: 09/05/2017) |
| 09/07/2017 | 12 (6 pgs) | Status report *with Proof of Service* Filed by Plaintiff Sorayda Velasquez (RE: related document(s)1 Complaint, 4 Order (Generic) (BNC-PDF), 10 Order (Generic) (BNC-PDF)). (Estuar, Paul) (Entered: 09/06/2017) |
| 09/07/2017 | 13 (10 pgs; 2 docs) | Errata *Defendant's Unilateral Status Report* Filed by Defendant Wendy Tejeda (RE: related document(s)11 Status report). (Attachments: # 1Appendix 1st Amended Defendant's Unilateral Status Report) (Iwuchuku, Donald) CORRECTION: Correct case number is 2:17-ap-01308-ER. Modified on 9/7/2017 (Lomeli, Lydia R.). (Entered: 09/07/2017) |
| 09/07/2017 | 14 (6 pgs) | Status report *Defendant's 1st Amended; with proof of service* Filed by Defendant Wendy Tejeda (RE: related document(s)10 Order (Generic) (BNC-PDF), 11 Status report, 13 Errata). (Iwuchuku, Donald) (Entered: 09/07/2017) |
| 10/04/2017 | 20 (5 pgs) | Order Assigning Matter To Mediation Program And Appointing MediatorAnd Alternate Mediator (BNC-PDF) Signed on 10/2/2017 (RE: related document(s)1 Complaint filed by Plaintiff Sorayda Velasquez, 19 Notice of request and request for appointment of successor mediator and/or alt. sucessor mediator to mediation program filed by Plaintiff Sorayda Velasquez). (Lomeli, Lydia R.) (Entered: 10/02/2017) |
| 02/22/2018 | 21 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)20 Order (Generic) (BNC-PDF)) No. of Notices: 3. Notice Date 10/04/2017. (Admin.) (Entered: 10/04/2017) |
| 02/27/2018 | 22 (2 pgs) | Mediator's certificate regarding conclusion of mediation assignment (unsettled) Filed by Mediator Daniel I. Barness. (Barness, Daniel) (Entered: 02/22/2018) |
| 02/27/2018 | 23 (106 pgs; 3 docs) | Pre Trial Stipulation By Sorayda Velasquez and Filed by Plaintiff Sorayda Velasquez (Attachments: # 1 Exhibit Declaration of Plaintiff's Counsel, Cassandra K. Riles, Pursuant to LBR 7016-1 (e) (1) In Support of Plaintiff's Pre-Trial Stipulation # 2 Proposed Order on Pre-Trial Stipulation) (Estuar, Paul) (Entered: 02/27/2018) |
| 02/28/2018 | 24 (6 pgs; 2 docs) | Notice of lodgment Filed by Plaintiff Sorayda Velasquez (RE: related document(s)23 Pre Trial Stipulation By Sorayda Velasquez and Filed by Plaintiff Sorayda Velasquez |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit Declaration of Plaintiff's Counsel, Cassandra K. Riles, Pursuant to LBR 7016-1 (e) (1) In Support of Plaintiff's Pre-Trial Stipulation # 2 Proposed Order on Pre-Trial Stipulation) filed by Plaintiff Sorayda Velasquez). (Attachments: # 1 Proposed Order on Pre-Trial Stipulation)(Estuar, Paul) (Entered: 02/27/2018) |
| 02/28/2018 | 25 (384 pgs; 28 docs) | Pre Trial Stipulation By Wendy Tejeda and Filed by Defendant Wendy Tejeda (Attachments: # 1 Appendix 2: EXH.A_Quitclaim Deed_to Family Trust_2008 # 2 Appendix 2: EXH.B_Grant Deed_txnfr to new owner_02.2016 # 3 Appendix 2: EXH.C_GSWC Field Actiity Rpt_06.16.14 # 4 Appendix 2: EXH.D_GSWC 15-Day Notice of Termination # 5 Appendix 2: EXH.E_GSWC account summaries # 6 Appendix 2: EXH.F_GSWC Account Billing History_ELENA RUIZ # 7 Appendix 2: EXH.G_Civil Action_Complaint # 8 Appendix 2: EXH.H_ExParte TRO & Prelim Inj_Plaintiffs_Civil Action # 9 Appendix 2: EXH.I_NOD_04.2015 # 10 Appendix 2: EXH.J_Memo P&A_Opp to Mot for Prelim Inj_Deft GSWC_Civil Action # 11 Appendix 2: EXH.K_Additional Declaration of Plaintiff SORAYDA VELASQUEZ_Plaintiffs TRO_Civil Action # 12 Appendix 2: EXH.L_ORDER_Denying Plaintiffs Motion for Preliminary Injuction_Civil Action # 13 Appendix 2: EXH.M_Demurrer_Deft GSWC_Civil Action # 14 Appendix 2: EXH.N_Plaintfs First Amend Complaint_Civil Action # 15 Appendix 2: EXH.O_Demurrer_Deft GSWC_First Amend Complaint_Civil Action # 16 Appendix 2: EXH.P_ORDER_Demurrer_Deft GSWC_First Amend Complaint_Civil Action # 17 Appendix 2: EXH.Q_Notice of Entry of Default_Plaintiff_Civil Action # 18 Appendix 2: EXH.R_NOTS # 19 Appendix 2: EXH.S_Request for Entry of Default Judgment_Plaintiff_Civil Action # 20 Appendix 2: EXH.T_Judgment by Court After Entry of Default_Civil Action # 21 Appendix 2: EXH.U_Motion to Set Aside Default & Default Judgment_Deft TEJEDA_Civil Action # 22 Appendix 2: EXH.V_Opp to Motion to Set Aside Default_Plaintiff_Civil Action # 23 Appendix 2: EXH.W_ORDER Vacating Default Judgment_Civil Action # 24 Appendix 2: EXH.X_Answer_FAC_Deft TEJEDA_Civil Action # 25 Appendix 2: EXH.Y_Notice_Stay of Proceedings_Civil Action # 26 Appendix 2: EXH.Z_Forged Rental Agreement & Receipts_Daisy to Elena # 27 Appendix 2: EXH.AA_Salomon MEMO 13-1181) (Iwuchuku, Donald) (Entered: 02/28/2018) |

| | | |
|---|---|---|
| 02/28/2018 | 26<br>(6 pgs) | Notice of lodgment Filed by Defendant Wendy Tejeda (RE: related document(s)25 Pre Trial Stipulation By Wendy Tejeda and Filed by Defendant Wendy Tejeda (Attachments: # 1 Appendix 2: EXH.A_Quitclaim Deed_to Family Trust_2008 # 2 Appendix 2: EXH.B_Grant Deed_txnfr to new owner_02.2016 # 3 Appendix 2: EXH.C_GSWC Field Actiity Rpt_06.16.14 # 4 Appendix 2: EXH.D_GSWC 15-Day Notice of Termination # 5 Appendix 2: EXH.E_GSWC account summaries # 6 Appendix 2: EXH.F_GSWC Account Billing History_ELENA RUIZ # 7 Appendix 2: EXH.G_Civil Action_Complaint # 8 Appendix 2: EXH.H_ExParte TRO & Prelim Inj_Plaintiffs_Civil Action # 9 Appendix 2: EXH.I_NOD_04.2015 # 10 Appendix 2: EXH.J_Memo P&A_Opp to Mot for Prelim Inj_Deft GSWC_Civil Action # 11 Appendix 2: EXH.K_Additional Declaration of Plaintiff SORAYDA VELASQUEZ_Plaintiffs TRO_Civil Action # 12 Appendix 2: EXH.L_ORDER_Denying Plaintiffs Motion for Preliminary Injuction_Civil Action # 13 Appendix 2: EXH.M_Demurrer_Deft GSWC_Civil Action # 14 Appendix 2: EXH.N_Plaintfs First Amend Complaint_Civil Action # 15 Appendix 2: EXH.O_Demurrer_Deft GSWC_First Amend Complaint_Civil Action # 16 Appendix 2: EXH.P_ORDER_Demurrer_Deft GSWC_First Amend Complaint_Civil Action # 17 Appendix 2: EXH.Q_Notice of Entry of Default_Plaintiff_Civil Action # 18 Appendix 2: EXH.R_NOTS # 19 Appendix 2: EXH.S_Request for Entry of Default Judgment_Plaintiff_Civil Action # 20 Appendix 2: EXH.T_Judgment by Court After Entry of Default_Civil Action # 21 Appendix 2: EXH.U_Motion to Set Aside Default & Default Judgment_Deft TEJEDA_Civil Action # 22 Appendix 2: EXH.V_Opp to Motion to Set Aside Default_Plaintiff_Civil Action # 23 Appendix 2: EXH.W_ORDER Vacating Default Judgment_Civil Action # 24 Appendix 2: EXH.X_Answer_FAC_Deft TEJEDA_Civil Action # 25 Appendix 2: EXH.Y_Notice_Stay of Proceedings_Civil Action # 26 Appendix 2: EXH.Z_Forged Rental Agreement & Receipts_Daisy to Elena # 27 Appendix 2: EXH.AA_Salomon MEMO 13-1181) filed by Defendant Wendy Tejeda). (Iwuchuku, Donald) (Entered: 02/28/2018) |
| 03/13/2018 | 27<br>(341 pgs;<br>21 docs) | Request for judicial notice *with proof of service* Filed by Defendant Wendy Tejeda (RE: related document(s)25 Pre Trial Stipulation By Wendy Tejeda and ). (Attachments: # 1 Exhibit EXH.AA_Salomon MEMO 13-1181 # 2 Exhibit EXH.G_Complaint_Civil Action # 3 Exhibit EXH.H_ExParte |

| | | |
|---|---|---|
| | | TRO & Prelim Inj_Plaintiffs_Civil Action # 4 Exhibit EXH.I_NOD_04.2015 # 5 Exhibit EXH.J_Memo P&A_Opp to Mot for Prelim Inj_Deft GSWC_Civil Action # 6 Exhibit EXH.K_Additional Declaration of Plaintiff SORAYDA VELASQUEZ_Plaintiffs TRO_Civil Action # 7 Exhibit EXH.L_ORDER_Denying Plaintiffs Motion for Preliminary Injuction_Civil Action # 8 Exhibit EXH.M_Demurrer_Deft GSWC_Civil Action # 9 Exhibit EXH.N_Plaintfs First Amend Complaint_Civil Action # 10 Exhibit EXH.O_Demurrer_Deft GSWC_First Amend Complaint_Civil Action # 11 Exhibit EXH.P_ORDER_Demurrer_Deft GSWC_First Amend Complaint_Civil Action # 12 Exhibit EXH.Q_Notice of Entry of Default_Plaintiff_Civil Action # 13 Exhibit EXH.R_NOTS # 14 Exhibit EXH.S_Request for Entry of Default Judgment_Plaintiff_Civil Action # 15 Exhibit EXH.T_Judgment by Court After Entry of Default_Civil Action # 16 Exhibit EXH.U_Motion to Set Aside Default & Default Judgment_Deft TEJEDA_Civil Action # 17 Exhibit EXH.V_Opp to Motion to Set Aside Default_Plaintiff_Civil Action # 18 Exhibit EXH.W_ORDER Vacating Default Judgment_Civil Action # 19 Exhibit EXH.X_Answer_FAC_Deft TEJEDA_Civil Action # 20 Exhibit EXH.Y_Notice_Stay of Proceedings_Civil Action) (Iwuchuku, Donald) (Entered: 02/28/2018) |
| 03/16/2018 | 28 | Hearing Held re Pre-Trial Conference. Court to prepare order continuing pretrial. continued Pretrial Conference on April 17, 2018, at 11:00 a.m. (Lomeli, Lydia R.) (Entered: 03/13/2018) |
| 03/18/2018 | 29 (3 pgs) | Order Setting Continued Pretrial Conference For April 17, 2018, At 11:00 A.M.; The Court Will Hold A Continued Pretrial Conference On April 17, 2018, At 11:00 A.M. (BNC-PDF) (Related Doc # doc ) Signed on 3/16/2018 (Evangelista, Maria) (Entered: 03/16/2018) |
| 04/05/2018 | 31 (4 pgs) | Notice of lodgment *of Plaintiff's Pretrial Stipulaton* Filed by Plaintiff Sorayda Velasquez (RE: related document(s)29 Order Setting Continued Pretrial Conference For April 17, 2018, At 11:00 A.M.; The Court Will Hold A Continued Pretrial Conference On April 17, 2018, At 11:00 A.M. (BNC-PDF) (Related Doc # doc ) Signed on 3/16/2018). (Riles, Cassandra) (Entered: 04/05/2018) |
| 04/05/2018 | 32 (49 pgs; | Pre Trial Stipulation By Wendy Tejeda and *with proof of service* Filed by Defendant Wendy Tejeda (Attachments: |

| Date | Doc | Description |
|---|---|---|
| | 4 docs) | # 1 Appendix 5: email correspondence to meet & confer<br># 2 Appendix 5: email correspondence to meet & confer<br># 3 Appendix 5: email correspondence to meet & confer) (Iwuchuku, Donald) (Entered: 04/05/2018) |
| 04/17/2018 | 33<br>(46 pgs) | Notice of lodgment *Defendant's Pretrial Stipulation* Filed by Defendant Wendy Tejeda (RE: related document(s)32 Pre Trial Stipulation By Wendy Tejeda and *with proof of service* Filed by Defendant Wendy Tejeda (Attachments: # 1 Appendix 5: email correspondence to meet & confer # 2 Appendix 5: email correspondence to meet & confer # 3 Appendix 5: email correspondence to meet & confer) filed by Defendant Wendy Tejeda). (Iwuchuku, Donald) (Entered: 04/05/2018) |
| 04/24/2018 | 34<br>(16 pgs) | Hearing Held re Pre-Trial Conference RE: 1 Adversary case 2:17-ap-01308. Complaint by Sorayda Velasquez against Wendy Tejeda. (d),(e))),(68(Dischargeability - 523(a)(6), willful and malicious injury)) - The trial shall take place on May 1 and May 2, 2018. The parties are directed tocomply with the Order Re: Courtroom Procedures with respect to the submission of trial briefs, exhibit lists, and exhibit binders. As set forth in the Pretrial Order below, any motions in limine or motions to exclude evidence must be filed by no later than April 24, 2018. Any opposition to any such motions is due by no later than April 27, 2018. Reply briefs will not be accepted. Court to enter pretrial order (See Ruling Attached); (Evangelista, Maria) Additional attachment(s) added on 4/17/2018 (Evangelista, Maria). (Entered: 04/17/2018) |
| 04/24/2018 | 35<br>(15 pgs) | Pretrial Order. May 1-2, 2018 at 9:00 a.m. (BNC-PDF) (Related Doc # doc ) Signed on 4/24/2018 (Lomeli, Lydia R.) (Entered: 04/24/2018) |
| 04/24/2018 | 36<br>(4 pgs) | Motion *Motion in Limine No. 1; Memorandum of Points and Authorities in Support Thereof* Filed by Plaintiff Sorayda Velasquez (Estuar, Paul) (Entered: 04/24/2018) |
| 04/24/2018 | 37<br>(4 pgs) | Motion *In Limine No. 2; Memorandum of Points and Authorities in Support Thereof* Filed by Plaintiff Sorayda Velasquez (Estuar, Paul) (Entered: 04/24/2018) |
| 04/24/2018 | 38<br>(2 pgs) | Notice of lodgment *Deposition Transcripts* Filed by Plaintiff Sorayda Velasquez (RE: related document(s)36 Motion *Motion in Limine No. 1; Memorandum of Points and Authorities in Support Thereof* Filed by Plaintiff Sorayda Velasquez filed by Plaintiff Sorayda Velasquez). (Riles, Cassandra) (Entered: |

| | | 04/24/2018) |
|---|---|---|
| 04/24/2018 | 39 (10 pgs) | Brief -*Plaintiffs' Trial Brief* Filed by Plaintiff Sorayda Velasquez. (Riles, Cassandra) (Entered: 04/24/2018) |
| 04/25/2018 | 40 (7 pgs) | Motion *Defendant's Motion in Limine 1; with proof of service* Filed by Defendant Wendy Tejeda (Iwuchuku, Donald) (Entered: 04/24/2018) |
| 04/25/2018 | 41 (10 pgs) | Brief *Defendant's Trial Brief with proof of service* Filed by Defendant Wendy Tejeda. (Iwuchuku, Donald) (Entered: 04/25/2018) |
| 04/26/2018 | 42 (22 pgs; 2 docs) | Errata *with proof of service* Filed by Defendant Wendy Tejeda (RE: related document(s)41 Brief). (Attachments: # 1 Appendix Defendant's Trial Brief) (Iwuchuku, Donald) (Entered: 04/25/2018) |
| 04/27/2018 | 43 (16 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)35 Pre-trial order (BNC-PDF)) No. of Notices: 4. Notice Date 04/26/2018. (Admin.) (Entered: 04/26/2018) |
| 04/27/2018 | 44 (5 pgs) | Opposition to (related document(s): 36 Motion *Motion in Limine No. 1; Memorandum of Points and Authorities in Support Thereof* filed by Plaintiff Sorayda Velasquez) *with proof of service* Filed by Defendant Wendy Tejeda (Iwuchuku, Donald) (Entered: 04/27/2018) |
| 04/27/2018 | 45 (5 pgs) | Opposition to (related document(s): 37 Motion *In Limine No. 2; Memorandum of Points and Authorities in Support Thereof* filed by Plaintiff Sorayda Velasquez) *with proof of service* Filed by Defendant Wendy Tejeda (Iwuchuku, Donald) (Entered: 04/27/2018) |
| 05/02/2018 | 49 (2 pgs) | Order Requiring Plaintiff To Submit Transcript Of Trial Proceedings By No Later Than June 8, 2018 (BNC-PDF) (Related Doc # 1 ) Signed on 5/2/2018 (Lomeli, Lydia R.) (Entered: 05/02/2018) |
| 05/02/2018 | 50 | Hearing Held on 5-1-18 re Trial Date Set RE: 1 Adversary case 2:17-ap-01308. Complaint by Sorayda Velasquez against Wendy Tejeda. (d),(e))),(68 (Dischargeability - 523(a)(6), willful and malicious injury)) - Under submission as of the receipt of trial transcript. Plaintiff has beenordered to supply the transcript; (Evangelista, Maria) (Entered: 05/02/2018) |

| | | |
|---|---|---|
| 05/02/2018 | 51 (6 pgs) | Hearing Held on 5-1-18 re Hearing RE: 36 Motion in Limine No. 1; Memorandum of Points and Authorities in Support Thereof - the Motion is GRANTED. Court to prepare order (See Ruling Attached); (Evangelista, Maria) Additional attachment(s) added on 5/2/2018 (Evangelista, Maria). (Entered: 05/02/2018) |
| 05/02/2018 | 52 (9 pgs) | Hearing Held on 5-1-18 re Hearing 37 Motion In Limine No. 2; Memorandum of Points and Authorities in Support Thereof - the Motion is DENIED for the reasons set forth above. The Court will enter an appropriate order (See Ruling Attached); (Evangelista, Maria) Additional attachment(s) added on 5/2/2018 (Evangelista, Maria). (Entered: 05/02/2018) |
| 05/03/2018 | 53 (2 pgs) | Hearing Held on 5-1-18 re Hearing RE: 40 Motion Defendant's Motion in Limine 1 - motion GRANTED; Court to prepare order (See Ruling Attached); (Evangelista, Maria) Additional attachment(s) added on 5/2/2018 (Evangelista, Maria). (Entered: 05/02/2018) |
| 05/04/2018 | 54 (1 pg) | Transcript Order Form, regarding Hearing Date 05/01/2018 Filed by Plaintiff Sorayda Velasquez (RE: related document(s)49 Order (Generic) (BNC-PDF)). (Estuar, Paul) (Entered: 05/03/2018) |
| 05/04/2018 | 55 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 18-ER-12. RE Hearing Date: 05/01/18, [TRANSCRIPTION SERVICE PROVIDER: Ben Hyatt Certified Deposition Reporters, Telephone number 888-272-0022.] (RE: related document(s)54 Transcript Order Form (Public Request) filed by Plaintiff Sorayda Velasquez) (Evangelista, Maria) (Entered: 05/04/2018) |
| 05/15/2018 | 57 (5 pgs) | Exhibit register and notice re disposition of exhibits. Register for Plaintiff for proceeding ending on 05/01/18. (RE: related document(s)1Complaint filed by Plaintiff Sorayda Velasquez) Notice RE Dispositon of Exhibits due by 7/16/2018. (Evangelista, Maria) (Entered: 05/15/2018) |
| 06/01/2018 | 58 (7 pgs) | Exhibit register and notice re disposition of exhibits. Register for Defendant for proceeding ending on 05/01/18. (RE: related document(s)1Complaint filed by Plaintiff Sorayda Velasquez) Notice RE Dispositon of Exhibits due by 7/16/2018. (Evangelista, Maria) (Entered: 05/15/2018) |

| Date | Doc | Description |
|---|---|---|
| 08/07/2018 | [59](#) (202 pgs) | Transcript regarding Hearing Held 05/01/18 RE: In Re: Wendy Tejeda. Remote electronic access to the transcript is restricted until 08/30/2018. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Ben Hyatt Corporation, Telephone number 8882720022.]. Notice of Intent to Request Redaction Deadline Due By 6/8/2018. Redaction Request Due By 06/22/2018. Redacted Transcript Submission Due By 07/2/2018. Transcript access will be restricted through 08/30/2018. (Hyatt, Mitchell) (Entered: 06/01/2018) |
| 08/07/2018 | [60](#) (2 pgs) | Order Granting Plaintiff's First Motion In Limine (BNC-PDF) (Related Doc # [36](#) ) Signed on 8/7/2018 (Lomeli, Lydia R.) (Entered: 08/07/2018) |
| 08/07/2018 | [61](#) (2 pgs) | Order Denying Plaintif's Second Motion In Limine (BNC-PDF) (Related Doc [37](#)) Signed on 8/7/2018 (Lomeli, Lydia R.) (Entered: 08/07/2018) |
| 08/07/2018 | [62](#) (2 pgs) | Order Granting Defendant's Motion In Limine (BNC-PDF) (Related Doc # [40](#) ) Signed on 8/7/2018 (Lomeli, Lydia R.) (Entered: 08/07/2018) |
| 08/07/2018 | [63](#) (15 pgs) | Memorandum Of Decision Finding That Tejeda's Indebtedness To Velasquez, In The Amount Of $28,000.00, Is Excepted From Discharge (BNC-PDF) (Related Doc # doc ) Signed on 8/7/2018 (Lomeli, Lydia R.) (Entered: 08/07/2018) |
|  | [64](#) (2 pgs) | Judgment In Favor Of Plaintiff Sorayda Velasquez (BNC-PDF) (Related Doc # doc ) Signed on 8/7/2018 (Lomeli, Lydia R.) (Entered: 08/07/2018) |

Respectfully submitted this 4th day of September 2018.

                                                        LAW OFFICES OF DONALD IWUCHUKU

                                                       By __/s/ Donald Iwuchuku, Esq._____
                                                          Donald Iwuchuku, Esq.
                                                          Attorney for Debtor/Appellant
                                                          WENDY TEJEDA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367**

A true and correct copy of the foregoing document entitled (*specify*):  **APPELLANT WENDY TEJEDA'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **9/4/2018**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Cassandra K. Riles
CKRiles@lafla.org

Daniel I Barness on behalf of Mediator Daniel I. Barness
daniel@barnesslaw.com

Paul J Estuar on behalf of Creditor Sorayda Velasquez
pestuar@lafla.org, kruiz@lafla.org

Paul J Estuar on behalf of Interested Party Courtesy NEF
pestuar@lafla.org, kruiz@lafla.org

Paul J Estuar on behalf of Plaintiff Sorayda Velasquez
pestuar@lafla.org, kruiz@lafla.org

Donald E Iwuchuku on behalf of Defendant Wendy Tejeda
donaldiwuchuku@gmail.com, r60703@notify.bestcase.com

Speros P Maniates on behalf of Debtor Wendy Tejeda
sperosm@gmail.com, sperosmaniatis@sbcglobal.net

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Edward M Wolkowitz (TR)
emwtrustee@lnbyb.com, ewolkowitz@iq7technology.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On __9/4/2018__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor/Defendant**
**WENDY TEJEDA**
10105 Dorothy Ave.
South Gate, CA 90280

**Plaintiff**
**Sorayda Velasquez**
7000 S. Broadway
Los Angeles, CA 90003

**Plaintiff's Counsel**
**Cassandra K. Riles**
Legal Aid Foundation of Los Angeles
1550 W 8th St
Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __9/4/2018__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Hon. Ernest Robles**
**U.S. BANKRUPTCY COURT JUDGE**
**255 E. Temple St., courtesy copy box**
**Los Angeles, CA 90012**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **9/4/2018** | **Donald Iwuchuku, Esq. 181726** | **/s/ Donald Iwuchuku, Esq.** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |